IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| MALIBU MEDIA, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:14-cv-463-JLG-TPK |
| ) | |
| BRIAN SKOCK ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

## MOTION TO APPEAR PRO HAC VICE

Defendant respectfully moves this Court for admission pro hac vice of Jeffrey J. Antonelli as counsel for Defendant in the above captioned proceeding. In support of this motion, he states the following:

1. Jeffrey J. Antonelli is an attorney with Antonelli Law and is duly licensed to practice in the state of Illinois.

2. Jeffrey J. Antonelli was admitted to the bar in the state of Illinois in 2000 and has been a member in good standing since that time.

3. Jeffrey J. Antonelli is not the subject of any prior or pending disciplinary proceedings.

4. Defendant has attached a letter from the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois, dated October 1, 2014, which confirms that Jeffrey J. Antonelli is an attorney in good standing. The letter states in relevant part that he is "duly licensed and admitted to practice as an Attorney and Counselor of Law" in Illinois and that his "name was entered upon the Roll of

Attorneys and Counselors… and is in good standing, so far as the records of this office disclose." (Ex. A).

5. Jeffrey J. Antonelli is a permanent member of the Northern District of Illinois, the Trial Bar for the Northern District of Illinois, the Central District of Illinois, the Southern District of Illinois, the Eastern District of Michigan, the Western District of Michigan, the Eastern District of Wisconsin, the Western District of Wisconsin, the Northern District of Indiana, the Southern District of Indiana, and the District of Colorado.

WHEREFORE, Defendant respectfully requests that Jeffrey J. Antonelli be admitted pro hac vice to appear on behalf of and act as counsel for the Defendant in this case.

Respectfully submitted,

By: _____
Attorney for Defendant
(*pro hac vice* pending)
Antonelli Law, Ltd.
100 N LaSalle St, Suite 2400
Chicago, IL 60626
Telephone: (312) 201-8310
Facsimile: (888) 211-8624
E-Mail: jeffrey@antonelli-law.com

By: _____
Attorney for Defendant
Dahman Law
Two Miranova Place, Suite 500
Columbus, OH 43215
Telephone: (614) 937-4662
Email: sdahman@dahmanlaw.com

**Ex. A**

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Jeff J. Antonelli

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, October 01, 2014.

*Carolyn Taft Grosboll*
Clerk